UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ELIOT FLORES #811654,

    Plaintiff,

v.

                                        Case No. 2:22-cv-186

ERICA HUSS, et al.,                      HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: July 25, 2024                                  /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge